**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUSTIN CORLISS,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-1364 |
| v. | : | (MANNION, D.J.) |
| | | (MEHALCHICK, M.J.) |
| **THOMAS LYNOTT,** *et al.*, | : | |
| Defendants | : | |

## O R D E R

In light of the memorandum issued in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

**(1)** Judge Mehalchick's report and recommendation, (Doc. 76), is **ADOPTED IN ITS ENTIRETY**.

**(2)** The motions of defendants to dismiss plaintiff's complaints, (Doc. 12, Doc. 46, Doc. 49), are **GRANTED**.

**(3)** Plaintiff's amended and consolidated complaints, (Doc. 22, Doc. 24), are **DISMISSED WITH PREJUDICE**.

**(4)** Specifically, the defendants' motions are **GRANTED** to the extent that: a) defendant PSP as well as any claims against trooper Termarantz in his official capacity are **DISMISSED WITH PREJUDICE**; b) plaintiff's malicious prosecution claims are **DISMISSED WITH PREJUDICE**; c) plaintiff's claims for false arrest/imprisonment and unlawful seizure are **DISMISSED WITH PREJUDICE**; d) plaintiff's First

1

Amendment retaliation claim is **DISMISSED WITH PREJUDICE**; e) defendant Pocono Township Police Department is **DISMISSED WITH PREJUDICE**; and f) defendant Pocono Township is **DISMISSED WITH PREJUDICE**.

**(5)** The Clerk of court is directed to **CLOSE** this case.

                                             s/ *Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

**Date: February 16, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1364-01-ORDER.wpd